IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
vs. ) CRIMINAL NO. 12-CR-30111-DRH
)
HECTOR SALAZAR-GOMEZ, )
)
    Defendant. )

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the United States of America's motion to dismiss count 2 of the Indictment (Doc. 17). For the reasons stated in the motion, the Court grants the motion and hereby dismisses with prejudice count 2 of the Indictment as to defendant.

**IT IS SO ORDERED.**

**Signed this 17th day of May 2012.**

Digitally signed by David R. Herndon
Date: 2012.05.17 10:30:46 -05'00'

Chief Judge
United States District Court